UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DONAHUE FIELDS, :
:
Plaintiff, :
: 24-CV-9211 (VSB)
-against- :
: **ORDER**
2234 EAST SIDE DELI INC., *et al.*, :
:
Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 3, 2024, (Doc. 1), and filed affidavits of service on December 13, 2024, (Docs. 7, 8).  The deadline for Defendants to respond to Plaintiff's complaint was January 2, 2025.  To date, Defendants have not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 24, 2025.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 10, 2025
              New York, New York

                                                                          _____
                                                                         VERNON S. BRODERICK
                                                                         United States District Judge